| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) McKeown, Mary M. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 08/03/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U. S. Court of Appeals
401 West A Street
San Diego CA 92101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managerial Board | International Association of Women Judges |
| 2. | Board of Visitors | Georgetown University Law Center |
| 3. | Board | ABA Rule of Law Initiative |
| 4. | Council | American Law Institute |
| 5. | Board | ABA FJE East Asia, Ltd |
| 6. | Adjunct Faculty | University of San Diego Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of San Diego Law School - teaching | $11,500.00 |
| 2. 2019 | University of Nebraska Press - book royalties | $850.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | University of California San Diego - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | Jan 16-18, 2019 | Philadelphia, PA | Council Meeting | Transportation, meals |
| 2. | American Bar Association | Jan 26-27, 2019 | Las Vegas, NV | ROLI Board Meeting | Transportation, lodging, meals |
| 3. | American Bar Association | Mar 28-31, 2019 | Seattle, WA | Litigation Magazine Panel | Transportation, lodging, meals |
| 4. | American Law Institute | May 19-22, 2019 | Washington, D.C. | Council Meeting | Transportation, meals |
| 5. | University of San Diego | Jun 3-13, 2019 | Paris, France | Teaching | Lodging, meals |
| 6. | American Bar Association | Jun 29-Jul 2, 2019 | Prague, Czechoslovakia | Speaker, Central European Law Conf. Meeting | Transportation, lodging, meals |
| 7. | American Bar Association | Jul 14-18, 2019 | Bogota, Colombia | Judicial Training | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKeown, Mary M.** | 08/03/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | American Bar Association | Oct 4-6, 2019 | Scottsdale, AZ | Litigation Magazine Meeting | Transportation, lodging, meals |
| 9. | American Law Institute | Oct 17-19, 2019 | New York, NY | Council Meeting | Transportation, lodging, meals |
| 10. | American Bar Association | Oct 28-29, 2019 | Washington, D.C. | ROLI Board Meeting | Transportation, meals |
| 11. | American Bar Association | Nov 8-14, 2019 | Ho Chi Minh City, Vietnam | Judicial Training | Transportation, lodging, meals |
| 12. | American Society of International Law | Nov 21-22, 2019 | Washington, D.C. | Judicial Advisory Board | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 08/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Bar Association | John Marshall Award - Chihuly sculpture | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on Rental Property #1 | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.  BANK OF AMERICA (CASH) | A | Interest | L | T | | | | | |
| 3.  NORTHERN TRUST (CASH) | A | Interest | N | T | | | | | |
| 4.  BOEING (BA) | B | Dividend | K | T | | | | | |
| 5.  RENTAL PROPERTY #1, SAN FRANCISCO, CA (50% INTEREST) | D | Rent | O | W | | | | | |
| 6.  IRA #1 (H) | | | | | | | | | |
| 7.  AMAZON COM INC COM (AMZN) | | None | K | T | | | | | |
| 8.  ABBVIE INC COM (ABBV) | A | Dividend | J | T | | | | | |
| 9.  AMER EX (AXP) | A | Dividend | K | T | | | | | |
| 10.  AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 11.  AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |
| 12.  APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 13.  AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 14.  AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |
| 15.  BRISTOL MEYES SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 16.  CITRIX SYS (CTXS) | A | Dividend | J | T | | | | | |
| 17.  COSTCO WHOLESALE (COST) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKeown, Mary M.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 19.  DANAHER CORP (DHR) | A | Dividend | K | T | | | | | |
| 20.  DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 21.  EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 22.  CIGNA CORP NEW COM (CI) | A | Dividend | | | Sold | 12/17/19 | J | | |
| 23.  FORTIVE CORP COM (FTV) | A | Dividend | J | T | | | | | |
| 24.  HOME DEPOT (HD) | B | Dividend | K | T | | | | | |
| 25.  INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 26.  JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 27.  MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 28.  MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | | | | | |
| 29.  MFB NORTH FDS FX INC (NOFIX) | D | Dividend | M | T | | | | | |
| 30.  MFB NORTH FDS GLOBAL RE INDEX (NGREX) | D | Dividend | M | T | | | | | |
| 31.  MFB NORTH HI YLD FXD INC (NHFIX) | E | Dividend | M | T | | | | | |
| 32.  MFC NORTH FDS US GOVT MM FUND (NOGXX) | B | Dividend | L | T | | | | | |
| 33.  MFC FLEXSHARES 3 YR (TDTF) | A | Dividend | | | Sold | 12/17/19 | K | | |
| 34.  MFC FLEXSHARES 5 YR (TDTT) | A | Dividend | | | Sold | 12/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKeown, Mary M.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. MFC FLEXSHARES TR MRNGSTR GLBL UPSTREAM NAT RES INDEX (GUNR) | C | Dividend | L | T | | | | | |
| 36. MFC ISHARES TR GLOBAL INFRASTRUCTURE ETF INDEX FD (IGF) | B | Dividend | L | T | Buy | 12/18/19 | L | | |
| 37. MFC ISHARES CORE S&P (IJR) | B | Dividend | M | T | | | | | |
| 38. MFC ISHARES RUSSELL 1000 (IWD) | A | Dividend | K | T | | | | | |
| 39. MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | K | T | | | | | |
| 40. MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 41. MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | | | | | |
| 42. MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | | | | | |
| 43. MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 44. MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | | | | | |
| 45. MFC VANGUARD EMERG (VWO) | C | Dividend | M | T | | | | | |
| 46. MFC VANGUARD INTL EQ (VEU) | D | Dividend | N | T | | | | | |
| 47. KONTOOR BRANDS INC COM NPV WI (KTB) (X) | A | Dividend | | | Sold | 12/17/19 | J | | |
| 48. NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 49. NORFOLK SOUTH (NSC) | A | Dividend | K | T | | | | | |
| 50. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKeown, Mary M.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 52. ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 53. PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 54. PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | | | | | |
| 55. PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 56. QUALCOMM INC COM (QCOM) | A | Dividend | J | T | | | | | |
| 57. SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |
| 58. SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 59. MFC SPDR S&P MIDCAP (MDY) | B | Dividend | L | T | | | | | |
| 60. UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |
| 61. VF CORP (VFC) | A | Dividend | K | T | | | | | |
| 62. IRA #2 (H) | | | | | | | | | |
| 63. TEMPLETON FOREIGN CL A (TEMFX) | B | Dividend | L | T | Sold (part) | 07/10/19 | J | | |
| 64. IRA #3 (H) | | | | | | | | | |
| 65. AMERICAN BALANCED CL A (ABALX) | C | Dividend | M | T | | | | | |
| 66. UC SAVINGS FUNDS (H) | | | | | | | | | |
| 67. UC CAP ACC PLAN | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. UC 401(A) FUND | A | Dividend | M | T | | | | | |
| 69. 403(b) #1 (H) | | | | | | | | | |
| 70. FIDELITY CONTRA (FCNTX) | A | Dividend | N | T | | | | | |
| 71. FIDELITY EURO CAP APPREC (FDCAX) | B | Dividend | L | T | | | | | |
| 72. FIDELITY SELECT TECH/PURITAN | B | Dividend | K | T | | | | | |
| 73. FIDELITY SELECT INDUS EQUIP (FSCGX) | | None | K | T | | | | | |
| 74. FIDELITY SMALL CAP DISCOVERY (FSCRX) | | None | K | T | | | | | |
| 75. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 76. AMAZON COM INC COM (AMZN) | | None | J | T | | | | | |
| 77. ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 78. ABBVIE (ABBV) | A | Dividend | J | T | | | | | |
| 79. AMER EX (AXP) | A | Dividend | J | T | | | | | |
| 80. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 81. APPLE (APPL) | A | Dividend | K | T | | | | | |
| 82. AUTODESK INC (ADSK) | A | Dividend | J | T | | | | | |
| 83. BRISTOL MEYERS SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 84. CITRIX SYS (CTXS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85.  COSTCO (COST) | A | Dividend | J | T | | | | | |
| 86.  CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 87.  DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 88.  DOMINION (D) | A | Dividend | J | T | | | | | |
| 89.  CIGNA CORP NEW COM (CI) | A | Dividend | | | Sold | 12/17/19 | J | | |
| 90.  FORTIVE CORP (FTV) | A | Dividend | J | T | | | | | |
| 91.  GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 92.  INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 93.  JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 94.  MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 95.  MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | | | | | |
| 96.  MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Dividend | M | T | | | | | |
| 97.  US GOVT MM FUND (NOGXX) | A | Dividend | K | T | | | | | |
| 98.  MFB NORTH FDS CA TAX EXPT (NCATX) | B | Dividend | L | T | | | | | |
| 99.  MFB NORTH HI YIELD FXD INC (NHFIX) | D | Dividend | L | T | | | | | |
| 100.  MFB NORTH STK INDEX (NOSIX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKeown, Mary M.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. MFC ISHARES TR GLOBAL INFRASTRUCTURE ETF INDEX FD (IGF) | A | Dividend | K | T | Buy | 12/18/19 | K | | |
| 102. MFB NORTH MM GLOBAL RE (NMMGX) | A | Dividend | | | Sold | 12/16/19 | K | | |
| 103. MFB NORTH INTL EQTY INDEX (NOINX) | C | Dividend | M | T | | | | | |
| 104. MFC FLEXSHRS 5 YR (TDTF) | A | Dividend | | | Sold | 12/17/19 | J | | |
| 105. MFC FLEXSHRS 3 YR (TDTT) | A | Dividend | | | Sold | 12/17/19 | J | | |
| 106. MFC ISHARE TR CORE S&P (IJR) | A | Dividend | K | T | | | | | |
| 107. MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | K | T | | | | | |
| 108. MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | | | Sold | 12/17/19 | J | | |
| 109. MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | K | T | | | | | |
| 110. MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 111. MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | A | Dividend | K | T | | | | | |
| 112. MFC VANGUARD MSCI EMERGING MKTS (VWO) | B | Dividend | L | T | | | | | |
| 113. MFO NUVEEN PREFERRED SECURIT-I (NPSRX) | | None | K | T | Buy | 12/30/19 | K | | |
| 114. MFO DFA INVT DIMENSIONS (DFREX) | A | Dividend | K | T | | | | | |
| 115. NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 116. NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKeown, Mary M.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117.  OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 118.  ORACLE (ORCL) | A | Dividend | J | T | | | | | |
| 119.  PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 120.  PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | | | | | |
| 121.  PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 122.  QUALCOMM (QCOM) | A | Dividend | J | T | | | | | |
| 123.  SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 124.  SPDR S&P MIDCAP (MDY) | A | Dividend | K | T | | | | | |
| 125.  UNITED TECH (UTX) | A | Dividend | J | T | | | | | |
| 126.  VF CORP COM (VFC) | A | Dividend | J | T | | | | | |
| 127.  BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 128.  AIM VI TECH FUND | | None | K | T | | | | | |
| 129.  ALGER LARGE CAP GROWTH (AAGOX) | | None | K | T | | | | | |
| 130.  AMER CENTURY VP INTL (AVIIX) | | None | K | T | | | | | |
| 131.  BARON GROWTH OPPORT FND | | None | K | T | | | | | |
| 132.  SCHWAB S&P 500 INDEX FUND (SWPPX) | | None | K | T | | | | | |
| 133.  BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134.  FIDELITY MID-CAP (FMCSX) | A | Dividend | K | T | | | | | |
| 135.  FIDELITY PURITAN (FPURX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKeown, Mary M.** | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 67 and 68: These are the names of specific funds.  There are no underlying holdings.

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 08/03/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544